[No. 28899-4-III.  Division Three.  October 25, 2012.]

*In the Matter of the Marriage of* EARTH FEATHER QUINTERO, *Appellant,* and DAVID QUINTERO, SR., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-3-02757-8, Gregory D. Sypolt, J., entered February 26, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 29871-0-III.  Division Three.  October 25, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. RUBEN ZAMORA JURADO, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00680-3, Vic L. VanderSchoor, J., entered April 27, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Sweeney and Brown, JJ.

[No. 30230-0-III.  Division Three.  October 25, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. TASHA ANN HANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 08-1-50431-9, Bruce A. Spanner, J., entered September 6, 2011. *Remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 62732-5-I.  Division One.  October 29, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSHUA BRYCE MILLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-00559-1, Mary Yu, J., entered December 5, 2008. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Appelwick, J., and Ellington, J. Pro Tem.